IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

CARPENTERS COMBINED FUNDS, INC., By )
JAMES R. KLEIN, Administrator, )
) Civil Action No. 10-930
Plaintiff, )
)
v. )
)
THOMAS DIDIANO & SON, INC., )
Defendant. )

## CONSENT JUDGMENT

AND NOW, this 5th day of January, 2011, with the consent of the parties, judgment is hereby entered in favor of the Plaintiff and against Defendant Thomas Didiano & Son, Inc. in the amount of $15,480.18. Payments will be made on this judgment as follows:

| | | |
|---|---|---|
| January 20, 2011 | - | $750.00 |
| February 20, 2011 | - | $750.00 |
| March 20, 2011 | - | $750.00 |
| April 20, 2011 - | - | $750.00 |
| May 20, 2011 - | - | $750.00 |
| June 20, 2011 - | - | $750.00 |
| July 20, 2011 - | - | $750.00 |

Defendant agrees to submit future monthly remittance reports and payments within no more than 15 days of the date on which such reports and payments become due to the Funds.

As long as the above conditions are met, Plaintiff will take no action to execute upon this judgment and will satisfy the judgment upon timely payment of all installment and current reports through July 20, 2011.

Consented To:

_____
Jeffrey J. Leech
Attorney for Plaintiff

_____
Ross A. Giorgianni
Attorney for Defendant

_____
United States District Judge

DATED 1-7-11

LIT:492876-1 010342-002230
{21246.02/546482:}